ANTONIO LOVAGLIO, an Infant, by JOHN LOVAGLIO, His Guard-
ian ad Litem, Appellant, *v.* THE NEW YORK CENTRAL AND
HUDSON RIVER RAILROAD COMPANY, Respondent.

*Lovaglio* v. *N. Y. C. & H. R. R. R. Co.*, 131 App. Div. 911, affirmed.
(Argued January 20, 1910; decided February 8, 1910.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, entered March 17, 1909, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint by
the court at a Trial Term in an action to recover for personal

injuries alleged to have been sustained through defendant's negligence.

*I. Henry Harris* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.